# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DEMARCO TUNSTILL, et al., | : | CASE NO.: 1:19CV00366 |
| Plaintiffs, | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| CITY OF CINCINNATI, | : | **ORDER** |
| Defendant. | : | |

This matter is before the Court upon the parties' Joint Motion for Court Approval of Settlement and the telephonic hearing on the motion held on April 15, 2020. The Joint Motion asks the Court to approve as fair and reasonable the proposed settlement of this case as memorialized in the parties' Settlement Agreement (the "Settlement Agreement").

The Court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of Plaintiffs' claims, including Plaintiffs' unpaid overtime claims. The settlement satisfied the standard for approval of settlements under §16(b) of the Fair Labor standards Act, 29 U.S.C. § 216(b), and resolves the potential for a bona fide dispute under the FLSA and/or applicable Ohio law.

Accordingly, having reviewed the Settlement Agreement and the pleadings and papers on file in this case, and for good cause established therein, the Court enters this Order approving the settlement of this matter, including the settlement payments, as such terms are set forth in the parties' Settlement Agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED.

Date: 4/15/2020

_____
UNITED STATES MAGISTRATE JUDGE